IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                            :
                                                  :     Chapter 13
   CRYSTAL PURIEFOY-DAVIS,          :
                                                  :     Bankruptcy No. 20-12657 (MDC)
                  Debtor.   :
---------------------------------------------------------x

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 6-1 filed by the City of Philadelphia on October 1, 2020 in the amount of $4,151.68.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: January 13, 2021    By:    */s/ Joshua Domer*
JOSHUA DOMER
Assistant City Solicitor
PA Attorney I.D. 319190
Attorney for the City of Philadelphia
    and/or
Water Revenue Bureau
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
215-686-0519 (phone)
Email: Joshua.Domer@phila.gov