United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 20-12657-mdc

Crystal Puriefoy-Davis                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 01, 2021 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crystal Puriefoy-Davis, 6827 Finch Place, Philadelphia, PA 19142-2524 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14511495 | + | Fair Collections & Outsourcing, Attn: Bankruptcy Dept, 12304 Baltimore Ave Suite E, Bellsville, MD 20705-1314 |
| 14516495 | + | HEMAP Pennsylvania Housing Finance Agency, C/O John W. Purcell, Esquire, 1719 N. Front Street, Harrisburg, PA 17102-2305 |
| 14511493 | + | Office of Unemployment Comp. Benefits Policy, Dept. Labor & Industry, Off. of Chief Counsel, 651 Boas St, 10th Floor, Harrisburg, PA 17121-0751 |
| 14511499 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14511500 | + | Pioneer Credit Recovery, Inc., PO Box 99, Arcade, NY 14009-0099 |
| 14511503 | + | Specialized Loan Servicing, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 14511504 | + | Stern Eisenberg PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14582449 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14516179 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14549726 | + | U.S. Bank National Association, as Trustee, succes, C/O Rebecca A. Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 02 2021 04:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 02 2021 04:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 02 2021 04:46:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Jun 02 2021 04:46:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: blegal@phfa.org | Jun 02 2021 04:46:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14558727 | | Email/Text: megan.harper@phila.gov | Jun 02 2021 04:46:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14511494 | | Email/Text: megan.harper@phila.gov | Jun 02 2021 04:46:00 | City of Philadelphia, Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, |

District/off: 0313-2        User: admin        Page 2 of 3

Date Rcvd: Jun 01, 2021        Form ID: pdf900        Total Noticed: 27

| | | | |
|---|---|---|---|
| | | | Philadelphia, PA 19102 |
| 14522238 | Email/Text: megan.harper@phila.gov | Jun 02 2021 04:46:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14511496 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 02 2021 04:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14511497 | + Email/Text: bankruptcygroup@peco-energy.com | Jun 02 2021 04:46:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14511498 | Email/Text: blegal@phfa.org | Jun 02 2021 04:46:00 | Pennsylvania Housing Finance Agency, P.O. Box 15206, Harrisburg, PA 17105-5206 |
| 14521906 | + Email/Text: blegal@phfa.org | Jun 02 2021 04:46:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14511502 | + Email/Text: bankruptcy@sw-credit.com | Jun 02 2021 04:46:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14511505 | Email/Text: megan.harper@phila.gov | Jun 02 2021 04:46:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14511501 | ##+ | Security Check, Attn: Bankruptcy Dept, 2612 Jackson Ave W, Oxford, MS 38655-5405 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 03, 2021        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Plaintiff Crystal Puriefoy-Davis dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor Crystal Puriefoy-Davis dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JOSHUA DOMER | on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov  karena.blaylock@phila.gov |
| LEON P. HALLER | |

|  |  |
|---|---|
|  | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| LEON P. HALLER | on behalf of Defendant Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association as Trustee successor by merger to LaSalle Bank National Association as Trustee as successor b bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 9

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : |  |
| **In Re:** Crystal Puriefoy-Davis | : |  |
|  | : | **Bankruptcy No.**  20-12657-MDC |

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either: (a) a Certification of No Response confirming that either an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

June 1, 2021
_____
DATED

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE