**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **In Re:** Crystal Puriefoy-Davis | :<br>:<br>: **Bankruptcy No.** 20-12657-MDC |

### CERTIFICATE OF SERVICE

    I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Order Dismissing Chapter 13 Case and Setting Deadlines for Application for Allowance of Administrative Expenses has been served on all of the creditors by first class mail and the Chapter 13 Trustee by email.

Dated: 06/22/2021

/s/ David M. Offen
Attorney for Debtor
Suite 160 West, Curtis Ctr.
601 Walnut Street
Philadelphia, PA  19106
215-625-9600